

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff<br>vs.<br>LEOPOLDO MIRANDA<br>        Defendant | CASE NO. 16CR1134-WQH<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE BOND AND RELEASE OF PROPERTY |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, the bond be exonerated, and property released by Pretrial if held.

IT IS SO ORDERED.

DATED: 10/12/17

_____
HONORABLE WILLIAM V. GALLO
United States Magistrate Judge